# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-1010 JVS (MLGx) | Date | September 14, 2009 |
| Title | Won v. Chong | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

      The Court has made a preliminary review of the Notice of Removal and underlying Complaint. The Notice of Removal purports to invoke federal question jurisdiction under 28 U.S.C. § 1331. However, the Complaint alleges none of the federal claims asserted in the Notice. (Notice, ¶¶ 5-13.) Rather the Complaint alleges a single cause of action under state law for unlawful detainer. (Notice, Ex. A.)

      Defendants Edward J. Chong *et al.* are directed to show cause in writing within ten days why the action should not be remanded to the Superior Court for the County of Orange for want of jurisdiction.

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | kjt | |