JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01010-MMM(VBKx) | Date | October 30, 2009 |

| | |
|---|---|
| Title | Tom Won v. Edward J Chong et al |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   IN CHAMBERS - ORDER REMANDING CASE TO STATE COURT

    Defendants have failed to respond to the order to show cause why this action should not be remanded to state court. On its face, moreover, the complaint alleges no federal cause of action, or any claim raising a substantial federal question, but rather an unlawful detainer claim over which the federal court has no jurisdiction. Consequently, this matter is remanded to state court forthwith.

    IT IS SO ORDERED.

: 0